UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cv-001614-WYD

Douglas A. Glaser,

    Applicant,

v.

GARY WILSON,

    Respondent.

## ORDER

This matter comes before the Court on Applicant's Motion for Court Order to Conduct Legal Research, filed July 25, 2011 [ECF No. 6] and Respondent's Motion for Extension of Time to File Answer or Otherwise Respond, filed August 8, 2011 [ECF No. 9].

Applicant has requested that this Court order the officials at the Denver County Jail to provide him with the tools and opportunity to do legal research and prepare his pleadings in this matter. He argues that the Jail inappropriately considers his petition a civil matter although it is related to his criminal proceedings. Applicant has presented no authority for his request. Furthermore, it appears from the 55 page Application he has filed that Applicant has not been seriously hampered by the limitations imposed at his place of detention.

It is therefore ORDERED that Applicant's Motion for Court Order to Conduct Legal Research is DENIED.

It is further ORDERED that Respondent's Motion for Extension of Time to File Answer or Otherwise Respond is GRANTED. Respondent shall file his Answer to Application for Write of Habeas Corpus on or before **September 14, 2011.**

Dated:  August 8, 2011

              BY THE COURT:

              s/ Wiley Y. Daniel
              Wiley Y. Daniel
              Chief United States District Judge