IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01614-WYD

DOUGLAS A GLASER,

    Applicant,

v.

GARY WILSON,

    Respondent.

---

**ORDER**

---

This matter is before the Court on Applicant's Reconsideration Motion for Court Order to Conduct Legal Research, filed August 16, 2011 [ECF No. 12], in which Applicant requests reconsideration of my Order of August 8, 2011, denying his request to order the officials at the Denver County Jail to provide him with the tools and opportunity to do legal research. Upon review of the motion, I find no compelling reason to reconsider my previous Order on this issue. Therefore, it is hereby

ORDERED that Applicant's Reconsideration Motion for Court Order to Conduct Legal Research, filed August 16, 2011 [ECF No. 12] will be **DENIED**. It is

FURTHER ORDERED that Applicant's motion styled "Reconsideration for Court's Extension of Time for Respondent's Time to Order to Show Cause," filed August 15, 2011 [ECF. No.11], will be **DENIED AS MOOT**.

Dated: September 15, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE